FILED
2009 Oct-13 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LISA JOHNSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:09-cv-01367-HGD |
| JEFFERSON NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On September 1, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. A separate Final Judgment will be entered.

DONE this 8th day of October, 2009.

_____
U.S. District Court Judge