UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LISA JOHNSON, | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) Case No. 4:09-cv-01367-WMA |
| JEFFERSON NATIONAL LIFE INSURANCE COMPANY, | ) |
| Defendant | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the Motion to Dismiss filed by defendant, Jefferson National Life Insurance Company (Doc. #4), is due to be and hereby is GRANTED. This action is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 8th day of October, 2009.

_____
U.S. District Court Judge